| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| CENTRAL DISTRICT OF CALIFORNIA |
| Case number *(if known)* _____ Chapter **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
Valley and Mountain, LLC

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  
27-3263300

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 1489 West Warm Springs Road, Ste 110-F Henderson, NV 89014 | N/A |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Riverside | Location of principal assets, if different from principal place of business |
| County | 82434 Requa Avenue Indio, CA 92201 |
|  | Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL) _____

**6. Type of debtor**  
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Official Form 201                                          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                                          page 1

Debtor  **Valley and Mountain, LLC**  Case number (*if known*) _____
         Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

  ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☐ No.

■ Yes.

If more than 2 cases, attach a separate list.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | **Central District of California** | | **10/07/13** | | **6:13-bk-26623** | |
| | **Eastern District of California** | | **8/28/13** | | **2013-15801-A-11** | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____

District _____  When _____  Case number, if known _____

Debtor **Valley and Mountain, LLC** _____ Case number (_if known_) _____
     Name

| | | |
|---|---|---|
| **11.** **Why is the case filed in _this district?_** | _Check all that apply:_ | |
| | ■ | Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | ☐ | A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (_Check all that apply._)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
       Contact name _____
       Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**  _Check one:_

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **Valley and Mountain, LLC**     Case number (*if known*)
      Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 3, 2017**
                      MM / DD / YYYY

**X**   **/s/ Veena Kaura**                 **Veena Kaura**
Signature of authorized representative of debtor     Printed name

Title   **Manager**

**18. Signature of attorney**

**X**   **/s/ Bruce A. Boice**           Date   **July 3, 2017**
Signature of attorney for debtor                MM / DD / YYYY

**Bruce A. Boice**
Printed name

**Law Office of Boice and Associates**
Firm name

**307 E. Chapman Ave**
**Suite 102**
**Orange, CA 92866**
Number, Street, City, State & ZIP Code

Contact phone   **949-690-8647**     Email address   **bboice@lawyer.com**

**249296**
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Valley and Mountain, LLC** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Amount of claim — Deduction for value of collateral or setoff | Amount of claim — Unsecured claim |
|---|---|---|---|---|---|---|
| **Best Best & Krieger LLP** 74-760 Highway 111, Suite 200 Indian Wells, CA 92210 | | **Attorney Fees** | | | | $0.00 |
| **Borton Petrini, LLP** 1461 Ford Street, Suite 201 Redlands, CA 92373 | | **Attorney Fees** | | | | $342,570.41 |
| **Curtis Wright Silver & Wright** 3350 Shelby St Suite 250 Ontario, CA 91764 | | | | | | $0.00 |
| **Gerson Law Firm** 6255 Townee Centre Drive, Suite 300 San Diego, CA 92121 | | **Attorney fees** | **Disputed** | | | $0.00 |
| **James L. Pagano** 96 N 3rd St #525 San Jose, CA 95112 | | **Attorney Fees** | | | | $0.00 |
| **Mark S Adams Richardson Griswald California Receivership Group, PBC** 2716 Ocean Park BL., #3010 Santa Monica, CA 90405 | | **Receiver** | | | | $0.00 |
| **Reed Smith, LLP** 355 South Grand Avenue, Suite 2900 Los Angeles, CA 90071 | | **Attorney Fees** | | | | $1,836,565.54 |

Debtor **Valley and Mountain, LLC**　　　　　　　　　　　　　　　　　　　Case number *(if known)*
　　　　Name

Valley and Mountain, LLC
1489 West Warm Springs Road, Ste 110-F
Henderson, NV 89014


Bruce A. Boice
Law Office of Boice and Associates
307 E. Chapman Ave
Suite 102
Orange, CA 92866


Best Best & Krieger LLP
74-760 Highway 111, Suite 200
Indian Wells, CA 92210


Borton Petrini, LLP
1461 Ford Street, Suite 201
Redlands, CA 92373


Curtis Wright
Silver & Wright
3350 Shelby St
Suite 250
Ontario, CA 91764


Dr. Vinod Kaura
30700 E. Sunset Drive
Redlands, CA 92373


Gerson Law Firm
6255 Townee Centre Drive, Suite 300
San Diego, CA 92121


Indio LLC

James L. Pagano  
96 N 3rd St #525  
San Jose, CA 95112  

Mark S Adams  
Richardson Griswald  
California Receivership Group, PBC  
2716 Ocean Park BL., #3010  
Santa Monica, CA 90405  

Mr. Neil Kaura  
30700 E. Sunset Drive  
Redlands, CA 92373  

Mrs. Veena Kaura  
30700 E. Sunset Drive  
Redlands, CA 92373  

Need list of Employes  
that are owned money  
and how much they are owed  

Reed Smith, LLP  
355 South Grand Avenue, Suite 2900  
Los Angeles, CA 90071  

Riverside Tax Collector  
4080 Lemon St., 4th Floor  
Riverside, CA 92501  

Stabilis Fund II, LLC  
c/o Reed Smith LLP  
355 S. Grand Ave., Ste  
Los Angeles, CA 90071

```
Tenants of the Multi-Family
REsidential Rent Property Commonly
Known as 82435 Requa Avenue
iNDIO, ca 92201
```

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address<br>**Bruce A. Boice**<br>**307 E. Chapman Ave**<br>**Suite 102**<br>**Orange, CA 92866**<br>**949-690-8647 Fax: 949-612-0859**<br>California State Bar Number: **249296**<br>**bboice@lawyer.com**<br><br>■ *Attorney for:* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br>**Valley and Mountain, LLC**<br>Debtor(s),<br><br>Plaintiff(s),<br><br><br><br>Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:   **11**<br><br>**CORPORATE OWNERSHIP STATEMENT PURSUANT TO FRBP 1007(a)(1) and 7007.1, and LBR 1007-4**<br><br>[No hearing] |
|---|---|

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,  **Bruce A. Boice 249296**                              , the undersigned in the above-captioned case, hereby declare
    *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

_____
This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                          F 1007-4.CORP.OWNERSHIP.STMT

**[Check the appropriate boxes and, if applicable, provide the required information.]**
1. I have personal knowledge of the matters set forth in this Statement because:
   ☐ I am the president or other officer or an authorized agent of the Debtor corporation
   ☐ I am a party to an adversary proceeding
   ☐ I am a party to a contested matter
   ■ I am the attorney for the Debtor corporation
2.a. ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
   *[For additional names, attach an addendum to this form.]*
   b. ■ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

| | |
|---|---|
| **July 3, 2017** | By: **/s/ Bruce A. Boice** |
| Date | Signature of Debtor, or attorney for Debtor |
| | Name: **Bruce A. Boice 249296** |
| | Printed name of Debtor, or attorney for Debtor |

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                              **F 1007-4.CORP.OWNERSHIP.STMT**